UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORIENTAL MEDICAL SUPPLIES, INC., and LHASA OMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ASIA-MED GMBH & CO., KG, AM HOLDINGS, LLC, As General Partner of ASIAMED PROFESSIONAL, LIMITED PARTNERSHIP AM HOLDINGS, LLC, KLAUS TEICHERT and MICHAEL JOY,<br><br>Defendants. | CIVIL ACTION NO:<br><br>03 - 12234 JLT |

## PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF

Plaintiffs Oriental Medical Supplies, Inc. and Lhasa OMS, Inc. (hereinafter "Plaintiffs"), pursuant to Fed. R. Civ. P. 65, hereby move this Court to grant a preliminary injunction against Defendants Michael Joy, AM Holdings, LLC, and Asiamed Professional, LP (collectively hereinafter "Defendants"). Plaintiffs require a mandatory injunction against Defendants ordering the immediate return of internet web-site domain names of Plaintiffs that Defendants intentionally misappropriated. Plaintiffs also require the entry of a preliminary injunction restraining and enjoining Defendants from utilizing Plaintiffs' confidential and proprietary business information, aimed at usurping the goodwill and other legitimate business interests of Plaintiffs and otherwise intended to give Defendants an unfair competitive advantage. In further support of the injunctive relief requested, Plaintiffs rely upon and file contemporaneously herewith the *Affidavit of Thomas A. Riihimaki* and a Memorandum of Law. Plaintiffs also file herewith their Proposed Order on Injunctive Relief.

{K0270970.1}

For the foregoing reasons, Plaintiffs request this Court to grant the injunctive relief requested against Defendants Michael Joy, AM Holdings, LLC, and Asiamed Professional, LP, as set forth in the Proposed Order on Injunctive Relief, and to grant such other and further relief as this Court may deem just and proper.

>Respectfully submitted,
>
>**ORIENTAL MEDICAL SUPPLIES, INC. and LHASA OMS, INC.**
>
>By Their Attorneys,
>
>_____
>Peter F. Carr, II (BBO# 600069)
>Eugene R. Curry (BBO# 549239)
>**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
>One International Place, 18th Floor
>Boston, MA 02110
>(617) 342-6800
>(617) 342-6899 (Fax)

Dated: November 13, 2003

{K0270970.1}

2