# UNITED STATES DISTRICT COURT

District of __Massachusetts__

ORIENTAL MEDICAL SUPPLIES, INC. and
LHASA OMS, INC.

V.

ASIA-MED GMBH & CO., KG, AM HOLDINGS,
LLC, As General Partner of ASIAMED
PROFESSIONAL, L.P., AM HOLDINGS, LLC,
KLAUS TEICHERT, and MICHAEL JOY

**SUMMONS IN A CIVIL CASE**

03 CV 12234 JLT

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Joy
103 Myrtle Street
Hanover, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter F. Carr, II, Eckert Seamans Cherin & Mellott, LLC, One International
Place, 18th Floor, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____ (signature) _____

(By) DEPUTY CLERK

NOV 13 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | November 14, 2003 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by leaving Last & usual at Michael Joy's Last & usual place of Abode, 103 Myrtle Street, Hanover, MA @ 11:32 AM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-14-03
Date

Signature of Server

118 Willow St., Reading, MA 01867
Address of Server

Also mailed, 1st class, copy of summons to Michael Joy on 11-14-03.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.