# UNITED STATES DISTRICT COURT

District of __Massachusetts__

ORIENTAL MEDICAL SUPPLIES, INC. and
LHASA OMS, INC.

V.

ASIA-MED GMBH & CO., KG, AM HOLDINGS,
LLC, As General Partner of ASIAMED
PROFESSIONAL, L.P., AM HOLDINGS, LLC,
KLAUS TEICHERT, and MICHAEL JOY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12234 JLT

TO: (Name and address of Defendant)

AM Holdings, LLC
c/o CT Corporation System
101 Federal Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter F. Carr, II, Eckert Seamans Cherin & Mellott, LLC, One International Place,
18th Floor, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: NOV 13

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾

DATE: November 13, 2003

NAME OF SERVER (PRINT): John Roberto

TITLE: Process Server & Disinterested Person

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by serving "IN-HAND" upon Christina Bonney, Process Specialist, CT Corp, 101 Federal St., Boston, MA, Agent for Process for AM Holdings, LLC. @ 4:25 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $10.00 | $10.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-13-03
Date

Signature of Server
Process Server & Disinterested Person

118 Willow St., Reading, MA 01867
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.