# UNITED STATES DISTRICT COURT

District of   Massachusetts

ORIENTAL MEDICAL SUPPLIES, INC. and
LHASA OMS, INC.

V.

ASIA-MED GMBH & CO., KG, AM HOLDINGS, LLC,
As General Partner of ASIAMED PROFESSIONAL,
L.P., AM HOLDINGS, LLC, KLAUS TEICHERT,
and MICHAEL JOY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12234 JLT

TO: (Name and address of Defendant)

Asiamed Professional, L.P.
c/o CT Corporation System
101 Federal Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter F. Carr, II, Eckert Seamans Cherin & Mellott, LLC, One International Place, 18th Floor, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 13

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE November 13, 2003 |
| NAME OF SERVER (PRINT) John Roberto | TITLE Server & Disinterested |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by serving "in-hand" upon Christina Bonney, Process Specialist c+ Corp, 101 Federal St, Boston, MA Agent for Process for Asiamed Professional, L.P.C. 4:25 PM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-13-03          _[signature]_
            Date              Signature of Server
                              Server & Disinterested

118 Willow Street, Boston, MA 01867
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.