UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORIENTAL MEDICAL SUPPLIES, INC., and LHASA OMS, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>ASIA-MED GMBH & CO., KG,<br>AM HOLDINGS, LLC, As General Partner<br>of ASIAMED PROFESSIONAL, L.P.<br>AM HOLDINGS, LLC, KLAUS TEICHERT,<br>and MICHAEL JOY<br><br>        Defendants. | Civil Action No. 03-12234 JLT |

**ASSENTED TO MOTION TO ENLARGE TIME
FOR FILING AN ANSWER**

    The Defendants Asia-Med GMBH & Co., KG, AM Holdings, LLC as General Partners of Asia Med Professionals, L.P., AM Holdings, LLC, Klaus Teichert and Michael Joy, (the "Defendants") hereby move the Court to enlarge the time to answer, move or otherwise respond to the Plaintiffs' Complaint to and including January 5, 2004. As grounds for this Motion, Defendants state that the parties are discussing settlement and are working to have this matter resolved within that time period.

    The Plaintiffs assent to this Motion.

BOSTON 1788980v1

ASIA-MED GMBH & CO., KG, AM
HOLDINGS, LLC, As General Partner of
ASIAMED PROFESSIONAL, L.P.
AM HOLDINGS, LLC, KLAUS TEICHERT,
and MICHAEL JOY

By their attorney,

*/s/ Merriann M. Panarella/*
Merriann M. Panarella (BBO #388280)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

ASSENTED TO:
ORIENTAL MEDICAL SUPPLIES, INC.,
and LHASA OMS, INC.

By their attorneys,

*/s/ Peter F. Carr, II (MP)*
Peter F. Carr, II
Eugene R. Curry
Eckert, Seamans, Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

Dated: November 25, 2003

## CERTIFICATE OF SERVICE

I, Merriann M. Panarella, certify that on November 24, 2003, I caused a copy of the foregoing document to be sent by Federal Express to counsel for Oriental Medical Supplies, Inc. and Lhasa OMS, Inc., Peter F. Carr, II, Esq., Eugene R. Curry, Esq., Eckert, Seamans, Cherin & Mellott, LLC, One International Place, 18th Floor, Boston, MA 02110

*/s/ Merriann M. Panarella/*
Merriann M. Panarella

BOSTON 1788980v1