UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORIENTAL MEDICAL SUPPLIES, INC., and LHASA OMS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>ASIA-MED GMBH & CO., KG,<br>AM HOLDINGS, LLC, As General Partner of ASIAMED PROFESSIONAL, L.P.<br>AM HOLDINGS, LLC, KLAUS TEICHERT, and MICHAEL JOY,<br><br>    Defendants. | CIVIL ACTION<br>NO: 03 CV 12234JLT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Oriental Medical Supplies, Inc. and Lhasa OMS, Inc. hereby voluntarily dismiss the above-captioned action as to all Defendants without prejudice and without costs.

Respectfully submitted,

**ORIENTAL MEDICAL SUPPLIES, INC. and LHASA OMS, INC.**

By their Attorneys,

_____
Peter F. Carr, II (BBO #600069)
Eugene R. Curry (BBO #549239)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

DATED: December 3, 2003

{K0271969.1}

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12-3-03